**FILED**
01/14/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

United States District Court
of the
Southern District of Indiana
(Terre Haute IN Division)

James Patrick Minard  ) cause # To be provided by Clerk
(plaintiff)            )
                       )        2:25-cv-025-MPB-MG
vs.                    )
                       )
Quality Correctional Care et, al
John Reynolds NP - NPI 1508272352
         (defendant(s))

## COMPLAINT

Comes now (plaintiff) James Patrick Minard pre-trial detainee pro se located at the Vigo County Security Center at 600 West Honey Creek Dr. Terre Haute IN, 47802 and hereby files complaint pursuant 42 U.S.C § 1983 cruel and unusual punishment in violation of my 8th amendment right(s). In the month of November from the 20th to the 26th 2024 at the Vigo County Security center located at 600 West Honey Creek Dr. Terre Haute IN, 47802 I had severe seizures that required medical attention at a hospital by a licensed Doctor and was refused my medications that I take normally and refused scheduled Dr appointments by NP John Reynolds who

failed by "Performance" Duty, promise, and obligation to adequately care for my health and wellbeing and demonstrated Defective procedure and violated my 8th amendment rights under sworn operations, control, and functions of the Vigo County Security Center by actions. He acted with this ill and unethical behavior due to his lack of training and board certifications that are to be upheld for proper care of human life.

## PARTIES

(Defendants) Quality Correctional Care in their Official Duties violated my 8th amendment rights not only by "Performance" by definition, but failed to train, re-train, and control subordinate employee John Reynolds and his actions that took place from November 20th through 26th 2024 at the Vigo County Security Center located at 600 West Honey Creek Dr. Terre Haute IN, 47802 and failed proceedures and policy also by lack of communications. I was to be taken to the hospital and given proper medications and they refused protocol by improper demonstration which resulted in Deprivation of my life.

(Defendant(s)) John Reynolds NPI# 1508272352 violated my

8th amendments rights by failure of "Performance" by definition therein Law purposely and intentionally by refusing me Hospital medical treatment and continuation of my prior medications and declined my Dr. appointments during November 20th through 26th 2024 at the Vigo County Security Center located at 600 West Honey Creek Dr. Terre Haute IN, 47802. This has resulted in ~~fine~~ functional motor skills being affected as well as brain activity and lack thereof in my daily life activities. This clearly demonstrates cruel and unusual punishment pursuant 42 U.S.C §1983 and violation of my 8th amendment rights and total lack of Human life care by proper procedures.

(Plaintiff) James Patrick Minard pre-trial detainee at the Vigo County Security Center located at 600 West Honey Creek Dr. Terre Haute IN, 47802 from November 20th through 26th 2024 was deprived life, liberty, and property and now seeks Monetary, Declaratory, and injunctive relief. The monetary amount sought is to be 4,000,000.00 USD in this matter and is proficient and accurate by actions of "Process" defined by law. I hereby file this Complaint on the 3rd Day of January 2025.

movant - X: James Patrick Minard

X: James P Minard

James Patrick Miller
600 West Honey Creek Dr.
Terre Haute IN, 47802

INDIANAPOLIS IN 460
7 JAN 2025 PM 4 L

FILED
JAN 14 2025
U.S. CLERK'S OFFICE

United States District Court
for the
Southern District of Indiana
(Terre Haute Division)
918 Ohio Blvd, Room #104
Terre Haute IN, 47807

47807-373318

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER